IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARCO ANTIONIO RIOS-LOPEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LAWRENCE WASDEN, Idaho ) <br> Attorney General, and VAUGHN ) <br> KILLEEN, Director of Idaho ) <br> Department of Correction, ) <br> ) <br> Respondents. ) <br> _____) | Case No. CV-06-514-S-BLW <br><br> **JUDGMENT** |

The Court previously dismissed Petitioner's Petition for Writ of Habeas Corpus with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's Petition for Writ of Habeas Corpus is DISMISSED with prejudice.

DATED:  **March 30, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT  1